No. 70–24. GROVE PRESS, INC. *v.* BAILEY, SHERIFF. Appeal from D. C. N. D. Ala. Judgment vacated and case remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would vacate the judgment and remand case for further consideration in light of *Mitchum* v. *Foster,* 407 U. S. 225 (1972). MR. JUSTICE DOUGLAS took no part in the consideration or decision of this appeal.